UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORLD DEPOT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LORENZO ONOFRI; )<br>STILE SOCIETA COOPERATIVA )<br>d/b/a STILE; TIBERINA LEGNAMI S.P.A.; )<br>PATRIZIO CAPONERI; ROBERTO )<br>BELLI; and FEDERICO BIAGIOLI, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>16-12439-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

In accordance with the Court's Memorandum and Order of December 4, 2017, it is hereby ORDERED that the above-entitled action be dismissed.

SO ORDERED.
BY THE COURT:

December 5, 2017                         /s/ Lisa Pezzarossi
Date                                     Deputy Clerk